IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MOHAMMAD ALZOUBI,

    Plaintiff,

v.    Civil Action No. 3:11CV180

JOSEPH A. HIGGS, JR., et al.,

    Defendants.

**MEMORANDUM OPINION**

Mohammad Alzoubi, a former Virginia prisoner[1] proceeding pro se, filed this civil action. By Memorandum Order entered on July 26, 2011, the Court directed Alzoubi to particularize his complaint.[2] The Court provided Alzoubi with specific directions to follow to do so. The Court directed Alzoubi to file his particularized complaint within fourteen (14) days from the date of entry thereof and warned Alzoubi that failure to do so would result in dismissal of the action.

More than fourteen (14) days have elapsed and Alzoubi has not submitted a particularized complaint. Alzoubi's failure to do so indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

---

    [1] Alzoubi appears to have been released. He resides in Connecticut.

    [2] Alzoubi's complaint alleged that one defendant made racial remarks to Alzoubi, that another defendant denied him medical treatment, and that a third group of unnamed individuals prohibited him from changing his stated religion.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Alzoubi.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: September 13, 2011
Richmond, Virginia